### EFFINGER *v.* THE STATE.

From the Jefferson Circuit Court.

*J. L. Wilson* and *E. R. Wilson*, for appellants.

*J. C. Denny*, Attorney General, for the State.

PETTIT, J.—This case is the same as *Effinger* v. *The State*, *ante*, p. 235 ; and for the reasons given in that case, the judgment in this is reversed, with instructions to quash the affidavit.